Terrence J. Coleman     (State Bar No. 172183)
Azin Jalali             (State Bar No. 277326)
PILLSBURY & COLEMAN, LLP
100 Green Street
San Francisco, California 94111
Telephone:  (415) 433-8000
Facsimile:   (415) 433-4816
Email: tcoleman@pillsburycoleman.com
        ajalali@pillsburycoleman.com

Attorneys for Plaintiff,
SABRINE FINAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINE FINAU,<br><br>    Plaintiff,<br><br>vs.<br><br>SYMETRA LIFE INSURANCE COMPANY; RICARDO LARA AS COMMISSIONER OF THE CALIFORNIA DEPARTMENT OF INSURANCE; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 3:23-cv-01205-WHO<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT** |

PLAINTIFF SABRINE FINAU ("PLAINTIFF") AND DEFENDANT SYMETRA LIFE INSURANCE COMPANY ("SYMETRA"), BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY AGREE AND STIPULATE AS FOLLLOWS:

1. On February 6, 2023, Plaintiff filed an action against Symetra in the Superior Court of California, County of San Francisco, Case No. CGC-23-604484.  The complaint alleged breach of contract and breach of the covenant of good faith and fair dealing under a group long term disability insurance policy insured by Symetra to California Dental Hygienists' Association (the "Policy").

2.  On March 16, 2023, Symetra filed a Notice of Removal and supporting documents in the United States District Court, Northern District of California, Case No. 3:23-cv-01205-WHO, citing ERISA and federal question jurisdiction as the grounds for removal.

3.  Counsel for Plaintiff and Symetra discussed the applicability of ERISA in this action and agree there are facts indicating that the Policy may not be governed by ERISA, in which case Plaintiff's claims would not present a federal question.

Accordingly, Plaintiff Sabrine Finau and Defendant Symetra respectfully request that the Court remand this matter to the Superior Court of California, County of San Francisco.

IT IS SO STIPULATED.

Dated:  April 11, 2023                              PILLSBURY & COLEMAN, LLP

                                                    By:  /s/ Terrence J. Coleman
                                                         Terrence J. Coleman
                                                         Azin Jalali
                                                         Attorneys for Plaintiff,
                                                         SABRINE FINAU

Dated:  April 11, 2023                              GORDON REES SCULLY MANSUKHANI, LLP

                                                    By:  /s/ Jordan S. Altura
                                                         Jordan S. Altura
                                                         Adelle Greenfield
                                                         Attorneys for Defendant,
                                                         SYMETRA LIFE INSURANCE COMPANY

**Filer's Attestation**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER**

Pursuant to Plaintiff Sabrine Finau and Defendant Symetra Life Insurance Company's stipulation, **IT IS SO ORDERED:**

The above-captioned matter shall be remanded to the Superior Court of California, County of San Francisco.

Dated: Ap4il 18, 2023

_____
UNITED STATES DISTRICT COURT JUDGE
HONORABLE JUDGE WILLIAM H. ORRICK

STIPULATION AND [PROPOSED] ORDER FOR REMAND TO STATE COURT     Case No. 3:23-cv-01205-WHO